■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR N., Appellant. [995 NYS2d 513]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gubbay, J.), rendered September 21, 2012, adjudicating him a youthful offender upon his plea of guilty to grand larceny in the fourth degree, and imposing sentence.

Ordered that the judgment is modified, on the law, by vacating the imposition of a DNA databank fee; as so modified, the judgment is affirmed.

As the defendant argues, and the People correctly concede, the Penal Law does not permit the imposition of a DNA databank fee on a youthful offender (*see* Penal Law §§ 60.02 [3]; 60.35 [10]; *People v Shaquille Mc.*, 115 AD3d 772, 774 [2014]). Accordingly, we vacate the imposition of the DNA databank fee

(see *People v Shaquille Mc.*, 115 AD3d at 774). Mastro, J.P., Skelos, Roman and Maltese, JJ., concur.